[No. 20864-4-II.    Division Two.    April 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO
CAMPOS-HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-00573-0, Brian M. Tollefson, J., entered
June 13, 1996. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 21246-3-II.    Division Two.    April 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
ANDRE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 96-1-00977-6, James D. Ladley, J., entered
October 11, 1996. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Morgan and Armstrong, JJ.

[No. 36394-8-I.    Division One.    March 24, 1997.]

*In the Matter of the Personal Restraint of* DAVID
ROSS, *Petitioner*.

Petition for relief from personal restraint. *Denied* by
unpublished per curiam opinion.

[No. 31622-2-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHE
ANDRE TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-07416-6, Norma Smith Huggins, J.,
entered October 20, 1992. *Affirmed* by unpublished per
curiam opinion.